# United States Court of Appeals
## For the First Circuit

_____

Nos.  23-1288
      23-1333

PAULO TRINDADE,

Plaintiff- Appellee/Cross - Appellant,

v.

GROVE SERVICES, INC.; VICTOR SPIVAK,

Defendants - Appellants/Cross - Appellees.

_____

**ORDER OF COURT**

Entered:
Pursuant to 1st Cir. R. 27(d)

    The parties have filed cross-appeals in No. 1:19-cv-10717-ADB (D. Mass.). Pursuant to Fed. R. App. P. 28.1, it is hereby ordered that defendants Grove Services, Inc. and Victor Spivak be deemed the appellants/cross-appellees ("appellants") and that plaintiff Paulo Trindade be deemed the appellee/cross-appellant ("appellee"). The parties are directed to use the above caption on all future filings related to these cases.

    A briefing schedule will be set once the record on appeal, including all necessary transcripts, is complete. The attached information sheet sets forth the filing requirements for briefs filed pursuant to Fed. R. App. P. 28.1.


By the Court:

Maria R. Hamilton, Clerk

cc:
Alan D Meyerson
David B. Summer
Irwin B. Schwartz

# CROSS APPEALS INFORMATION SHEET
### Fed. R. App. P. 28.1

| BRIEF | BRIEF COVER<br>Fed. R. App. P. 28.1 | LENGTH LIMIT<br>Fed. R. App. P. 28.1(e) | DUE DATE<br>Fed. R. App. P. 28.1(f) |
|---|---|---|---|
| **First Brief**<br><br>Appellants/Cross-Appellees' PRINCIPAL BRIEF | Blue | 30 PAGES<br>*or*<br>13,000 WORDS/<br>1,300 LINES (monospaced text only) | 40 days after record is complete or date set by Clerk's Office |
| **Second Brief**<br><br>Appellee/Cross-Appellant's PRINCIPAL/RESPONSE BRIEF | Red | 35 PAGES<br>*or*<br>15,300 WORDS/<br>1,500 LINES (monospaced text only) | 30 days later |
| **Third Brief**<br><br>Appellants/Cross-Appellees' RESPONSE/REPLY BRIEF | Yellow | 30 PAGES<br>or<br>13,000 WORDS/<br>1,300 LINES (monospaced text only) | 30 days later |
| **Fourth Brief**<br><br>Appellee/Cross-Appellant's REPLY BRIEF | Grey | 15 PAGES<br>*Or*<br>6,500 WORDS/<br>650 LINES (monospaced text only) | 21 days later |